**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,
Plaintiff,
v.
Jose J. Quintero-Morales,
Defendant.

No. CR-25-02814-001-TUC-AMM

**ORDER**

On August 4, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") recommending this Court deny Defendant's Motion to Suppress. (Doc. 57.) Judge Marner notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 8.) Neither party filed an objection, and the time to do so has now passed.

A district court must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

///

///

///

The Court has reviewed Judge Marner's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 57.)

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress is **DENIED**. (Doc. 41.)

Dated this 19th day of August, 2026.

Honorable Angela M. Martinez
United States District Judge